IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-20915
Summary Calendar
_____


DONALD FREDERICK COLEMAN,

Plaintiff-Appellant,


versus

SAM NUCHIA, Chief; JOHN TREVINO,

Defendants-Appellees.

_____

Appeal from the United States District Court for the
Southern District of Texas
USDC No. CA-H-95-1523
_____

April 10, 1996

Before JOLLY, JONES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Donald Frederick Coleman appeals the dismissal of his civil
rights complaint as frivolous.  Coleman argues that the statute of
limitations did not run on his claims of denial of access to the
courts and Fourth Amendment violations.  We have carefully reviewed
the record and the arguments.  For essentially the same reasons as
explained in the district court's order of dismissal, see Coleman
v. Nuchia, No. CA-H-95-1523 (S.D. Tex. Oct. 6, 1995), we conclude

_____

[*]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

that the district court did not abuse its discretion in dismissing the denial-of-access-to-the courts claim.

To the extent that Coleman's Fourth Amendment claim is unrelated to his state court conviction, the district court did not err by relying on the statute of limitations to dismiss the claim as frivolous.  To the extent that Coleman's Fourth Amendment claim, if successful, would invalidate his state court conviction or sentence, the civil rights claim will not accrue until Coleman has demonstrated that his conviction or sentence has been reversed, expunged, declared invalid, or otherwise called into question by a court of law.  See Heck v. Humphrey, 114 S.Ct. 2364, 2372 (1994).  The record does not reveal that Coleman has made this showing.  Thus, his Fourth Amendment claim has no arguable basis in law, and it was properly dismissed as frivolous.

A F F I R M E D.